UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

2025 MAR 31  P 3:20

Brandon B. Drewry
    **Plaintiff**

v.

Wellpath Inc.; Charlie Nickerson (Health Services Administrator-HSA)
Ruth Lawson Stoppes, (recently replaced. The correct name of this official is Director of Medical Services, Maine Department of Corrections,
Jeffrey Morin, Warden, Mountain View Correctional Facility
Sued in their individual
And official capacities

**Defendents**

### Introduction

**1.** This is a civil rights action filed by Brandon B. Drewry, a State prisoner, for damages and injunctive relief under 42 U.S.C. § 1983 alleging denial of medical care in violation of the Eighth Amendment of the United States Constitution.

### Jurisdiction

**1.** The Court has jurisdiction over the plaintiff's claims of violation of federal constitutional rights under 42 U.S.C. §§ 1331 (1) and 1343.

### Parties

**2.** The plaintiff, Brandon Drewry is incarcerated at Mountain View Correctional Facility (hereafter MVCF) during most of the events described in this complaint.

**3.** Charlie Nickerson is the Health Services Administrator (HSA) at MVCF

**4.** Erica Pierce is sitting in for the the head doctor of Wellpath Inc. in the State of Maine.

**5.** Defendant Ruth Lawson-Stoppes, is the Director of Medical Services for The Maine Department of Corrections (MDOC). Plaintiff Drewry is informed a new Director of Medical Services has replaced Lawson-Stoppes.

**6.** Defendant Jeffrey Morin, is the Warden at MVCF, and is responsible for reviewing administrative appeals of grievances filed by MVCF inmates. He is sued in his individual and official capacity.

7. These Defendants have acted, and continue to act, under the color of State law at all times relevant to this complaint.

8. Dr. John Alexander is the M.D. that will replace former Head M.D. of Wellpath Inc., Dr. Jennifer McConnell.

## Statement of Facts

**PLEASE NOTE:** Plaintiff has no legal training and no legal skills save a minimal amount his literacy affords him. Over the past five years, Plaintiff has been life-lighted to two-three hospitals on four or more occasions due to seizure-heart failure. The most recent such time was in early 2023, where he was dead on the table at Maine Medical Center for 13 minutes. All of plaintiff's medical records have through the years (2004-the present time) been repeatedly **tampered with, and "lost" while in the care of staff *and prisoners* at Maine State Prison in Warren, Maine.** An Aortic Porcine valve was in 2023 placed in his heart, which is now infected. In manner which plaintiff contends was **unconscionable,** the antibiotics that were supposed to run through an I/V three times daily 0800, 1600, and 2400 hours at the Infirmary at Maine State Prison in Warren, Me., scheduled to end on 2/28/2025, were stopped and plaintiff was returned to Mountain View Correctional Facility on 2/20/25. No determination has been made on whether the endocarditis (heart infection). The antibiotics were discontinued.

**Wellpath Holdings INC.et al., in the Southern District of Texas has filed Bankruptcy – Houston Division Case No. 24-90533.**

*Plaintiff is too weak, service NOT MADE UPON DEFENDANTS*

(5) 5:55 [signature]

Brandon B. Drewry