UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| BRANDON DREWRY, | ) |
| Plaintiff | ) ) ) |
| v. | ) ) 1:25-cv-00115-JAW |
| WELLPATH, INC., et al., | ) ) ) |
| Defendants | ) |

**ORDER REGARDING FILING FEE**

Plaintiff has filed a complaint in this Court. He has neither paid the $350.00 filing fee nor filed an application to proceed without prepayment of fees and costs.

The Clerk is directed to forward a form Application to Proceed Without Prepayment of Fees and Costs to the Plaintiff. Plaintiff is hereby ORDERED to file an Application to Proceed Without Prepayment of Fees and Costs or pay the filing fee no later than April 22, 2025.

If Plaintiff fails to pay the filing fee or file a completed Application on or before April 22, 2025, the Court could dismiss the matter.

/s/ John C. Nivison
U.S. Magistrate Judge

Dated this 1st day of April, 2025.